# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| YANCY T. BUCK, | ) |
|         Plaintiff, | )    Case No.: 2:20-cv-00189-GMN-BNW |
| vs. | ) |
| | )    **ORDER** |
| LAKEVIEW MEDIATION SOLUTIONS, LLC, | ) |
|         Defendant. | ) |

Pending before the Court is the Report and Recommendation of United States Magistrate Judge Brenda Weksler, (ECF No. 21), which recommends that Plaintiff's Motion for Default Judgment, (ECF No. 18), be granted.

A party may file specific written objections to the findings and recommendations of a United States Magistrate Judge made pursuant to Local Rule IB 1-4. 28 U.S.C. § 636(b)(1)(B); D. Nev. Local R. IB 3-2.  Upon the filing of such objections, the Court must make a de novo determination of those portions to which objections are made. 28 U.S.C. § 636(b)(1); D. Nev. Local R. IB 3-2(b).  The Court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the Magistrate Judge. 28 U.S.C. § 636(b)(1); D. Nev. IB 3-2(b). Where a party fails to object, however, the Court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985). Indeed, the Ninth Circuit has recognized that a district court is not required to review a magistrate judge's report and recommendation where no objections have been filed. *See, e.g.*, *United States v. Reyna–Tapia*, 328 F.3d 1114, 1122 (9th Cir. 2003).

Here, no objections were filed, and the deadline to do so, November 2, 2021, has passed. (*See* Report and Recommendation, ECF No. 21).

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation, (ECF No. 21), is **ACCEPTED and ADOPTED** in full.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Default Judgment, (ECF No. 18), is **GRANTED**.

**IT IS FURTHER ORDERED** that default judgment be entered in favor of Plaintiff Yancy T. Buck and against Defendant Lakeview Mediation Solutions, LLC.

**IT IS FURTHER ORDERED** that Defendant pay Plaintiff $1,000.00 in statutory damages.

**IT IS FURTHER ORDERED** that Defendant pay Plaintiff $4,545.00 in attorneys' fees.

**IT IS FURTHER ORDERED** that Defendant pay Plaintiff $2,430.90 in costs, which does not include the requested interest.

**DATED** this ___4___ day of November, 2021.

_____
Gloria M. Navarro, District Judge
United States District Court