AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

YANCY T. BUCK,

                                DEFAULT JUDGMENT IN A CIVIL CASE

         Plaintiff,

  v.                                  Case Number: 2:20-cv-00189-GMN-BNW

LAKEVIEW MEDIATION SOLUTIONS, LLC,

         Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**

Default Judgment is entered in favor of Plaintiff Yancy T. Buck and against Defendant Lakeview Mediation Solutions, LLC. Defendant is to pay Plaintiff $1,000.00 in statutory damages. Defendant is to also pay Plaintiff $4,545.00 in attorneys' fees, and Defendant shall pay Plaintiff $2,430.90 in costs, which does not include the requested interest.

| | |
|---|---|
| 11/4/2021 | DEBRA K. KEMPI |
| Date | Clerk |
| | /s/ D. Reich-Smith |
| | Deputy Clerk |